COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 




 
 
  
 JAMES DAVIS,
  
                             Appellant,
  
 v.
  
 LOIS LANE,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00379-CV
  
 Appeal from the
  
 210th District Court
  
 of El Paso County, Texas
  
 (TC#2003-3001)
 
 




 

M
E M O R A N D U M    O P I N I O N

Pending before the Court is appellant=s motion to dismiss this appeal.  Appellant has complied with the requirements
of Rule 42.1.  Tex. R. App. P. 42.1. 
The Court has considered this cause on appellant=s motion and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

 

SUSAN
LARSEN, Justice

March 4, 2004

 

Before Panel No. 4

Barajas, C.J., Larsen, and
McClure, JJ.